

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-21-00005-CV

———————————————————

IN RE CONRAD HOLT, Relator

---

Original Proceeding
348th District Court of Tarrant County, Texas
Trial Court No. 348-289417-16

---

Before Bassel, Birdwell, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, real parties in interest's response, and relator's reply and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: February 9, 2021